UNITED STATES of America
Plaintiff-Appellee

v.

Andres SANCHEZ Defendant-Appellant

No. 16-4552

United States Court of Appeals, Eighth Circuit.

Submitted: August 11, 2017

Filed: August 11, 2017

Katherine Ann McNamara, Assistant U.S. Attorney, U.S. Attorney's Office, Council Bluffs, IA, for

Andres Sanchez, Pro Se

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Andres Sanchez challenges the sentence the district court[1] imposed following his guilty plea to drug charges. Sanchez's counsel has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was substantively unreasonable.

We conclude that the district court did not abuse its discretion, as it properly

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. David, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); United States v. Wohlman, 651 F.3d 878, 887 (8th Cir. 2011); and the sentence was below the Guidelines range, see United States v. Moore, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam). We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and affirm.